# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SEAN MICHAEL BREEN

VERSUS

KACIE MAGEE BREEN AND ABC
INSURANCE COMPANY

NO.   2025 CW 1272

**DECEMBER 23, 2025**

---

In Re:   Aaron D. Knapp, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         201511809.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED.**

                    **WIL**
                    **EW**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
        FOR THE COURT